MARION G. BARBER, Respondent, *v.* JEWEL TEA CO., INC., et al., Appellants.
JENNIE M. BARBER, Respondent, *v.* JEWEL TEA CO., INC., et al., Appellants.

Argued April 18, 1938; decided May 24, 1938.

*John A. Slade* for Jewel Tea Co., Inc., appellant.
*John J. O'Malley* for Gerald Bennett, appellant.
*Charles L. Hoey* and *Clarence B. Kilmer* for respondents.

In each action: judgment affirmed, with costs; no opinion.

Concur: HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting as to Jewel Tea Co., Inc.: LEHMAN and O'BRIEN, JJ. Taking no part: CRANE, Ch. J.